UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DALJIT S. JANDU,

        Plaintiff,        CIV. S-04-1889-DFL PAN PS

    v.

U.S.A., and MIDDLE TENNESSEE        ORDER
STATE UNIVERSITY,

        Defendants.

-o0o-

On May 19, 2005, I directed the Clerk of Court to return to plaintiff the filing fee in this action and close the file due to plaintiff's failure to file a proper complaint despite ample opportunity afforded by this court.

On June 2, 2005, plaintiff filed a one-line letter addressed to the Clerk of Court stating, "the undersigned plaintiff shall appreciate settlement in the court."  On October 21, 2005, plaintiff filed a one-sentence "Motion to Reopen and

Reconsider Discovery Matter" wherein plaintiff "petitions" for U.S. Citizenship and damages from Middle Tennessee State University; attached is a notice to plaintiff to appear October 18, 2005, at the District Adjudications Office of U.S. Citizenship and Immigration Services.

      Plaintiff's filings subsequent to the closure of this case are in violation of this court's order and abuse the court process.  Any further attempts by plaintiff to file a document in this case shall result in the imposition of monetary sanctions. Fed. R. Civ. P. 11(b)(1) and (c).

      So ordered.

      Dated:  November 9, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge